Case #
Colleran #08 CIV 3910
4/25/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil action | DATE April 29, 2008 at 1:30 PM |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2668 E. 11th Street, Brooklyn, NY 11235
Falconite Piping Corp.

☒ Left copies thereof at the defendant's place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: "John" Falconite - Managing Agent, Auth. to Accept
Desc: White Male, Brown Hair, 49 yrs., 5'9, 165 lbs.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 30, 2008
Date

*Signature of Server*
Charles Kastner - #957455
Valley Stream, NY

*Address of Server*

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil action | DATE April 30, 2008   at   2:36 PM |
| NAME OF SERVER (PRINT) Thomas M. Arleo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 275 Route 79, Morganville, NJ 07551
Falconite Piping Corp.

[x] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Pat Battista, Managing Agent, Auth. to Accept
Desc: White Female, Brown Hair, 70 yrs., 5'6, 140 lbs. Glasses

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 2, 2008
          Date                  Signature of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

Thomas M. Arleo
Huntington, NY

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.