Colleran
Case #08 CIV 3910
4/25/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> *in a civil Action* | DATE April 29, 2008  at  1:30 PM |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2668 E. 11th Street, Brooklyn, NY 11235
Falconite Mech. Corp.

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ *place of business* with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: "John" Falconite - Managing Agent, Auth. to Accept
Desc: White Male, Brown Hair, 49 yrs., 5'9, 165 lbs.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 30, 2008
                Date

Signature of Server
Charles Kastner - #957455
Valley Stream, NY

Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

*Lynn M. Tranquellino* (signature)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Colleran
Index # 08 CIV 3910
4/25/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint in a civil action was made by me⁽¹⁾ | DATE April 30, 2008   at   2:36 PM |
| NAME OF SERVER (PRINT) Thomas M. Arleo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 275 Route 79, Morganville, NJ 07551
Falconite Mech. Corp.

☒ Left copies thereof at the defendant's place of business xxxxxxxxxxxxxxxxxxxxxxxxxxxx with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Pat Battista, Managing Agent, Auth. to Accept
Desc: White Female, Brown Hair, 70 yr., 5'6, 140 lbs. Glasses

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 2, 2008
           Date

Signature of Server
Thomas M. Arleo
Huntington, NY

Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 01TR6031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.